UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANDRE M. LOVETT,**

    Plaintiff,

                          **CASE NO.     3:10-cv-443**

**-vs-**

                          **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's decision is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **REVERSED** and the matter is **REMANDED** to the ALJ for an immediate award of benefits; and that the case be **CLOSED**.

Date:  November 14, 2011                      **JAMES BONINI, CLERK**

                                                                By: <u>s/ M. Rogers</u>
                                                                 Deputy Clerk